UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA,<br><br>        Defendant. | NO.  CV-12-5137-LRS<br><br>**ORDER OF DISMISSAL** |

On October 26, 2012, *pro se* plaintiff filed a Complaint.  On November 23, 2012, the Court screened the Complaint for legal and factual sufficiency.  On November 28, 2012, the Court issued an order directing plaintiff to amend her Complaint (ECF No. 10).  On November 29, 2012, Plaintiff filed a Motion to Dismiss Without Prejudice, ECF No. 11.   Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice, **ECF No. 11,** is **GRANTED** and the original Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to pro se plaintiff, and **CLOSE FILE.**

**DATED** this   13th   day of December, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1